EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                    | 2021 TSPR 63      |
|                           |                   |
| Alexis Iván Avilés Vega   | 206 DPR _____     |

Número del Caso:  TS-8,472

Fecha:  6 de mayo de 2021

Abogada de la parte peticionaria:

    Lcda. Daisy Calcaño López

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*,

Alexis Iván Avilés Vega                    TS-8,472

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de mayo de 2021.

Examinada la *Solicitud de reinstalación al ejercicio de la abogacía* presentada por el peticionario, se reinstala al Lcdo. Alexis Iván Avilés Vega al ejercicio de la abogacía.

Se ordena reactivar la queja AB-2014-229 que tiene el licenciado Avilés Vega pendiente ante este Tribunal, la cual quedó archivada administrativamente ante su suspensión en el 2017.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres hace constar la siguiente expresión:

> En protección del interés público, el Juez Asociado señor Martínez Torres denegaría la solicitud de reinstalación en esta etapa y la condicionaría a que se dilucide primero -de forma satisfactoria- la queja AB-2014-229. No tiene sentido readmitir un abogado que no puede demostrar en este momento que goza de integridad ética para tener una licencia profesional.

Considero que si toda persona tiene que demostrar eso antes de que le demos la licencia por primera vez, debemos hacer lo mismo con quien pide que reinstalemos su licencia. Con su incumplimiento este abogado ha retrasado demasiado la adjudicación de esa queja.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo